IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE WILLIAMS,<br>            Plaintiff,<br><br>            v.<br><br>LORENZO A. TOSCANO, and CITY OF CHICAGO,<br>            Defendants. | No. 24 CV 9571<br><br>JURY DEMANDED. |

## COMPLAINT

Plaintiff Lee Williams alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2. Plaintiff Lee Williams is a resident of this judicial district.

3. Defendant Lorenzo A. Toscano is a resident of this judicial district.

4. The events described herein occurred in this judicial district.

5. Defendant Lorenzo A. Toscano is employed by defendant City of Chicago as a police officer.

6. At all times mentioned herein, defendant Lorenzo A. Toscano was acting under color of law and within the scope of his employment with defendant City of Chicago. Plaintiff sues defendant Lorenzo A. Toscano in his individual capacity.

7. Defendant City of Chicago is a municipal corporation with its principal office in this judicial district. Plaintiff joins defendant City of Chicago as the indemnitor of defendant Lorenzo A. Toscano.

8. On February 21, 2024, defendant Lorenzo A. Toscano conducted a traffic stop on plaintiff Lee Williams without reasonable suspicion that Williams had committed any offense, in violation of Williams's Fourth Amendment rights as incorporated by the Fourteenth Amendment.

9. During the unlawful traffic stop, defendant Lorenzo A. Toscano additionally searched plaintiff Lee Williams's vehicle and the contents of Williams's car trunk and backpack without probable cause, also in violation of Williams's Fourth Amendment rights as incorporated by the Fourteenth Amendment.

10. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and, additionally, for an award of punitive damages in an amount to be determined by the trier of fact against the individual defendant.

By: /s/ John K. Kennedy
**JOHN K. KENNEDY**
Kennedy Watkins LLC
350 N. Orleans St., Suite 9000N
Chicago, IL 60654
(312) 448-8181
jkennedy@kwlawchicago.com
Counsel for Plaintiff Lee Williams